```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 23066
   RAQUEL P PHILLIPS JONES
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-0877


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 06/09/2005 and was confirmed 08/17/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 05/21/2008.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                         PAID           PAID
------------------------------------------------------------------------------
NUVELL CREDIT CO LLC      UNSECURED        6601.36           .00             .00
DRIVE FINANCIAL SERVICES  SECURED         12141.19        1703.79         6232.80
DRIVE                     NOTICE ONLY    NOT FILED           .00             .00
ACE                       UNSECURED      NOT FILED           .00             .00
ALLIED INTERSTATE         UNSECURED      NOT FILED           .00             .00
RJM ACQUISITIONS          UNSECURED          60.51           .00             .00
AMERICASH LOANS           UNSECURED      NOT FILED           .00             .00
ASSET ACCEPTANCE CORP     UNSECURED        2497.30           .00             .00
ROAMANS                   UNSECURED      NOT FILED           .00             .00
CAPITAL ONE               UNSECURED        1069.84           .00             .00
NORTHLAND GROUP INC       NOTICE ONLY    NOT FILED           .00             .00
CALVARY PORTFOLIO SVCS    UNSECURED      NOT FILED           .00             .00
ARROW FINANCIAL SERVICES  UNSECURED        1295.56           .00             .00
CHARTER ONE AUTO FINANCE  NOTICE ONLY    NOT FILED           .00             .00
CHECK & GO                UNSECURED      NOT FILED           .00             .00
CHICAGO STATE UNIVERSITY  UNSECURED      NOT FILED           .00             .00
ISAC                      UNSECURED       34558.26           .00             .00
COMCAST                   UNSECURED      NOT FILED           .00             .00
ESPECIALLY YOURS          UNSECURED      NOT FILED           .00             .00
ARROW FINANCIAL SERVICES  UNSECURED         405.26           .00             .00
CAPITAL MANAGEMENT SERVI  NOTICE ONLY    NOT FILED           .00             .00
FIRST PREMIER BANK        NOTICE ONLY    NOT FILED           .00             .00
GOVERNORS STATE UNIVERSI  UNSECURED        2016.53           .00             .00
GUARANTY BANK             UNSECURED      NOT FILED           .00             .00
MONROE & MAIN             UNSECURED         435.24           .00             .00
PAYDAY LOAN STORE         UNSECURED      NOT FILED           .00             .00
PROVIDIAN                 UNSECURED      NOT FILED           .00             .00
MIDLAND CREDIT MANAGEMEN  NOTICE ONLY    NOT FILED           .00             .00
DUPAGE RADIOLOGISTS       UNSECURED      NOT FILED           .00             .00
RISK MANAGEMENT ALTERNAT  UNSECURED      NOT FILED           .00             .00
ASSET ACCEPTANCE CORP     UNSECURED         634.53           .00             .00
ASSET ACCEPTANCE CORP     UNSECURED      NOT FILED           .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 23066 RAQUEL P PHILLIPS JONES
```

```
AT & T BANKRUPCTY          UNSECURED         507.83             .00              .00
CHECK N GO                 UNSECURED         323.00             .00              .00
COASTLINE CREDIT           NOTICE ONLY    NOT FILED             .00              .00
SONIC PAYDAY COM           NOTICE ONLY    NOT FILED             .00              .00
SOUTH CHICAGO DODGE        UNSECURED      NOT FILED             .00              .00
US SPRINT                  UNSECURED      NOT FILED             .00              .00
AND FIN NET                NOTICE ONLY    NOT FILED             .00              .00
SPRINT                     UNSECURED      NOT FILED             .00              .00
TALK AMERICA               UNSECURED      NOT FILED             .00              .00
NCO FINANCIAL SYSTEMS IN   NOTICE ONLY    NOT FILED             .00              .00
TALK AMERICA               UNSECURED      NOT FILED             .00              .00
TRS RECOVERY SERVICES IN   UNSECURED      NOT FILED             .00              .00
TRS RECOVERY SERVICES      NOTICE ONLY    NOT FILED             .00              .00
VIP CASH                   UNSECURED      NOT FILED             .00              .00
WOW INTERNET CABLE         UNSECURED         165.70             .00              .00
WOW INTERNET CABLE         NOTICE ONLY    NOT FILED             .00              .00
OSI PORTFOLIO SERVICES     UNSECURED         418.44             .00              .00
ASSET ACCEPTANCE CORP      UNSECURED         260.39             .00              .00
WORLD FINANCIAL NETWORK    UNSECURED         102.01             .00              .00
ARROW FINANCIAL SERVICES   NOTICE ONLY          .00             .00              .00
APPLIED INCOME SCIENCES    FILED LATE       2716.67             .00              .00
DRIVE FINANCIAL SERVICES   UNSECURED         507.59             .00              .00
LEDFORD & WU               DEBTOR ATTY     2,200.00                         2,200.00
TOM VAUGHN                 TRUSTEE                                            566.39
DEBTOR REFUND              REFUND                                                .00
```

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS                DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                          10,702.98

PRIORITY                                                      .00
SECURED                                                  6,232.80
    INTEREST                                             1,703.79
UNSECURED                                                     .00
ADMINISTRATIVE                                           2,200.00
TRUSTEE COMPENSATION                                       566.39
DEBTOR REFUND                                                 .00
                                 ---------------        ---------------
TOTALS                           10,702.98               10,702.98

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 08/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE